IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARVEY P. JAMISON,<br><br>      Plaintiff,<br><br>v.<br><br>RENT-A-CENTER, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-26-GMS<br>)<br>)<br>)<br>) |

**RENT-A-CENTER, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Rent-A-Center, Inc. ("Rent-A-Center"), through its undersigned counsel, moves the Court to dismiss Harvey P. Jamison's ("Plaintiff") Complaint for lack of jurisdiction over the subject matter due to: (1) the failure of Plaintiff to exhaust required administrative remedies and (2) the presence of a valid mutual agreement to arbitrate claims between the parties requiring same.

In support thereof, Rent-A-Center submits herewith its Brief In Support of Rent-A-Center's Motion to Dismiss Plaintiff's Complaint.

/s/ Kelly A. Green
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

Dated: June 23, 2005

RLF1-2890035-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARVEY P. JAMISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-26-GMS |
| | ) | |
| RENT-A-CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This ____ day of _____, 2005, the Court having considered Rent-A-Center, Inc.'s Motion to Dismiss Plaintiff's Complaint and all accompanying and subsequent briefing:

IT IS ORDERED that the Motion to Dismiss Plaintiff's Complaint is GRANTED.

_____
Gregory M. Sleet, U.S.D.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, I electronically filed the foregoing Rent-A-Center, Inc.'s Motion To Dismiss Plaintiff's Complaint with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on June 23, 2005 mailed, via first class mail, postage prepaid, copies of the same to:

>Harvey P. Jamison, *pro se*
>4 Nethy Drive
>Newark, Delaware  19711

>/s/ Kelly A. Green
>Kelly A. Green (#4095)
>Green@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>P. O. Box 551
>Wilmington, Delaware  19899
>(302) 651-7700
>Attorneys for Defendants

RLF1-2891570-1