Re: Harvey Jamison
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

7/2/2003

**7.4.4 Solicitation and Distribution of Literature**

In order to preserve Rent-A-Center's effective operations, the Company has specific rules against solicitation and distribution of literature. Individuals who are not employed by Rent-A-Center are not authorized to solicit or distribute literature on Company property at any time for any purpose. Rent-A-Center coworkers may not solicit for any purpose during working time, that is, during the working hours of either the person soliciting or the person being solicited, or both. Working time does not include formal rest breaks and meal periods. Coworkers may not distribute literature during working time for any purpose. Coworkers may not distribute literature at any time for any purpose in working areas. Coworkers who have any questions regarding the propriety of any solicitation or distribution of literature should ask their supervisor. The Company reserves itself the right to formally authorize the sale of certain items and to sponsor certain events.

**7.15 Contacts from Media or Press**

Public access to inaccurate or misguided information can unjustly damage our Company's reputation. Therefore, only individuals with formal authorization from the office of the President, the President and Chief Executive Officer and the Corporate Communications Manager are permitted to communicate with any press or media representative.

Coworkers are expected to decline answering any questions or providing any information, in written or verbal form, to any representative of the press or media. This includes both on- and off-the-record statements. Coworkers who violate this policy will be subject to disciplinary action, up to and including immediate termination.

**7.16 Outside Employment**

Outside employment that creates unfair competition with Rent-A-Center, such as violation of trade secrets or dissemination of confidential information, is prohibited. Coworkers should discuss any questions or concerns about outside employment with their manager before such work is initiated.

Page 54

**7.17 Conflicts of Interest**

Rent-A-Center's success depends on objective decision-making by all coworkers. Coworkers are expected not to place themselves in situations that influence them to make decisions contrary to the best interest of the Company as a whole. Employees should never include accepting gifts valued in excess of $500 (such as money, entertainment, goods, or services) from parties who transact or desire to transact business with the Company. Coworkers must discuss any proposed gift with a value that exceeds $200 with their supervisor in advance of accepting such a gift.

Coworkers should also report to their supervisors any situation where an individual with whom they have a personal relationship, or the coworker him/herself, will personally benefit from a decision that the coworker is making as a Rent-A-Center representative.

**7.18 Coworker Payroll Advances and Loans**

Despite our concern for coworkers, under no circumstances will Rent-A-Center grant loans or payroll advances on wages not yet earned.

**7.19 Coworker Suggestions**

Rent-A-Center believes that the person doing a job is in the best position to think of ways of doing it more easily, more efficiently, and more effectively. If coworkers think of a better way of doing things, we will welcome their suggestions and ideas.

Rent-A-Center also wants to know if coworkers have any concerns about working here. If coworkers see the need for improvement in the way they are treated and the working conditions, or if coworkers have problems we can address, they are encouraged to bring their concerns to their supervisors or their managers. Problems are not resolved by ignoring them. Everyone can benefit from constructive suggestions.

The Company is always trying to improve our service, productivity, communications, work environment, safety, cost containment, loss prevention, and other areas. Coworkers are urged to contribute their unique

Page 55

7/2/2003

EXHIBIT
em #2