# UNITED STATES DISTRICT COURT

HARVEY P. JAMISON
    Plaintif

Vs.                                         Civil Action No. 05-26-GM

RENT-A-CENTER
    Defendant

**U.S. Equal Employment Opportunity Commission**
**Dismissal and Notice of Rights**
**Charge No. 17C-2004-00450**
**For Harvey Jamison**



FILED
JUL 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) EEOC has adopted the the findings of the state agency (DDOC) that investigated this charge.

(2) In support of these finding, I, Harvey Jamison, may file a lawsuit against Rent-A-Center under federal law based on this charge in federal or state court.

(2) Supported document from EEOC attached.

                                                            Harvey Jamison
                                                            4 Nethy Drive
                                                            Newark, DE 19711
                                                           (302) 455-9886
                                                            Plaintiff

Date: July 11th, 2005

# Certificate of Service

I, Harvey Jamison, hereby certify that on 07/11/05, mailed EEOC Dismissal And Notice of Rights to the Clerk of US District Court, and sent copies to the following parties by way of U.S. mail:

Kelly A. Green
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302)654-7700
Attorneys for Defendant

Date: 07/11/05    Signature: *[signed]*
Harvey Jamison
4 Nethy Drive
Newark, De 19711
(302)455-9886



NEWARK JUL. 12. 05 DE

Harvey Jamison
4 Nethy Drive
Newark, De 19711

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801